IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CHAUNCEY LEE MARSHALL,         )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:18CV709
                               )
GREENSBORO POLICE SGT. RYAN,   )
4TH PRECINCT, et al.,          )
                               )
          Defendants.          )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 26, 2019, was served on the parties in this action. No objections were filed by Petitioner within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the motion to dismiss (Doc. 16) filed by Defendants Sergeant Ryan and Officer Underhill is GRANTED as to Plaintiff's official capacity claims against those two Defendants and DENIED as to his claim for punitive damages at this time.

                                              /s/   Thomas D. Schroeder
                                          United States District Judge

August 20, 2019